### WHETTON vs. TOWNSEND.

Affidavit made before the debt is payable, bad.

*Morse* had obtained an order to arrest the defendant, on a petition dated the 7th of February, to which was annexed the plaintiff's affidavit, before a notary in New-York, stating that the defendant owed him a sum of money on a note which would become payable on the 13th of February and the affidavit of the plaintiff's agent in New-Orleans, stating his belief of the defendant's intention to remove, &c. under the 22d section of the act of 1807, *chap.* 1.

*Alexander* for the defendant. The order must be rescinded and the defendant discharged, for the affidavit is insufficient. The plaintiff has made oath at a time when there existed no debt.

*By the Court.* The oath was made seven days before the note was payable. There is not any fact sworn to which could justify the order to arrest.

ORDER SET ASIDE.